CSD 3011 [03/11/13]
Name, Address, Telephone No. & I.D. No.

Andrew H. Griffin, III - Bar No. 108378
Law Offices of Andrew H. Griffin, III
275 East Douglas Avenue, Suite 112
El Cajon, CA 92020
619-440-5000
Fax : 619-440-5991

Order Entered on
August 19, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
GLENN F. HINTON and LYNN M. HINTON

Debtor.

BANKRUPTCY NO. **13-11754-CL7**

GARRY A. BAILEY, et al.

Plaintiff(s)

ADVERSARY NO. **14-90036-CL**

v. GLENN F. HINTON and LYNN M. HINTON

Defendants(s)

## SUBSTITUTION OF ATTORNEY
## AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through ___2___ with exhibits, if any, for a total of ___2___ pages, is granted.

//

//

//

//

DATED:    August 19, 2014

Judge, United States Bankruptcy Court

CSD 3011

CSD 3011 [03/11/13](Page 2)
ORDER ON **SUBSTITUTION OF ATTORNEY AND ORDER THEREON**
DEBTOR: GLENN F. HINTON and LYNN M. HINTON

CASE NO.: 13-11754-CL7
ADV. NO.: 14-90036-CL

1.    The name of the party making this Substitution of Attorney is : LYNN M. HINTON

2.    The Present Attorney is substituted out as attorney or record.

    Specify name of Present Attorney: N/A

3.    In place and stead of the Present Attorney, the Party's new legal representative shall be:

    [✔] New Attorney    [ ] Party representing self.

4.    The name, address and telephone number of the New Attorney are:

    Attorney Name:    Carl H. Starrett II    State Bar Number 167822

    Address:    1941-C Friendship Drive

                    El Cajon, CA  92020

    Telephone:    619-448-2129    Facsimile (619) 448-3036

    E-Mail (Optional):    chs@chs-law.com

5.    New Attorney hereby appears in the following matters: [ ] Bankruptcy Case [✔] The above Adversary Proceeding

I consent to this substitution.

Dated: 08/18/14

                                /s/ LYNN M. HINTON
                                Signature of Party

Type Name of Party: LYNN M. HINTON

I consent to this substitution.

Dated:

                                N/A
                                Signature of Present Attorney

Type Name of Present Attorney:

I consent to this substitution.  I am duly admitted to practice in this district.

Dated: 08/18/14

                                /S/ CARL H. STARRETT II
                                Signature of New Attorney

Type Name of New Attorney: CARL H. STARRETT II

### IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014 regarding the requirements and procedures for making an application to employ an attorney.

CSD 3011

Signed by Judge Christopher B. Latham August 19, 2014

United States Bankruptcy Court
Southern District of California

Bailey,
          Plaintiff                                              Adv. Proc. No. 14-90036-CL

Hinton,
          Defendant

## CERTIFICATE OF NOTICE

District/off: 0974-3          User: bcary          Page 1 of 1          Date Rcvd: Aug 19, 2014
                             Form ID: pdfO1         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2014.
dft          +Glenn F. Hinton,    18155 Traylor Road,    Ramona, CA 92065-6969
dft          +Lynn M. Hinton,    18155 Traylor Road,    Ramona, CA 92065-6969

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2014                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
          Carl H. Starrett, II   on behalf of Defendant Lynn M. Hinton chs@chs-law.com,
          lisa.ezfiling@gmail.com;lisa.starrett@chs-law.com;g2331@notify.cincompass.com
          Tavy A. Dumont   on behalf of Plaintiffs Brooke T. Bailey tavy.dumont@dumontlaw.com
          Tavy A. Dumont   on behalf of Plaintiffs Garry A. Bailey tavy.dumont@dumontlaw.com
          Tavy A. Dumont   on behalf of Plaintiffs   Individually tavy.dumont@dumontlaw.com
                                                                            TOTAL: 4